AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP -1 2016

David J. Bradley, Clerk

# United States District Court

__SOUTHERN__   DISTRICT OF   __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Gilberto Reyna-Torres

**CRIMINAL COMPLAINT**

Case Number: M-16-1625-M

IAE   YOB: 1968
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 31, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Gilberto Reyna-Torres was encountered by Border Patrol Agents near La Joya, Texas on August 31, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 31, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 03, 2016, through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 26, 2013, the defendant was convicted of 8 USC 1324 Harboring Aliens within The US for Private Financial Gain and sentenced to forty (40) months confinement and two (2) years supervised released term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Approved by: Linda Reavener, AUSA 9/1/16

Sworn to before me and subscribed in my presence,

September 01, 2016

Signature of Complainant
J. Ibarra    Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer